

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00484-CV

**SEGUNDO NAVARRO DRILLING, LTD**., Lewis Petro Properties, Inc., Tercero Navarro, Inc., and Rodney R. Lewis,
Appellants

v.

**SAN ROMAN RANCH MINERAL PARTNERS, LTD.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK002483D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

This case is set for submission on December 27, 2019. On December 12, 2019, appellants filed a motion seeking an extension of the submission date until after January 13, 2020, which is the current deadline for appellants' reply brief. After consideration, appellants' motion is DENIED. However, the court will consider appellants' reply brief in deciding this case.

Entered on this 23rd day of December, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court